1  CALDWELL LESLIE & PROCTOR, PC
   MICHAEL J. PROCTOR, State Bar No. 148235
2  ANDREW ESBENSHADE, State Bar No. 202301
   1000 Wilshire Blvd., Suite 600
3  Los Angeles, California 90017-2463
   telephone: (213) 629-9040
4  facsimile: (213) 629-9022

5  MATHEW L. MILLEN, State Bar No. 64406
   10880 Wilshire Boulevard
6  Suite 1050
   Los Angeles, California 90024-4101
7  telephone: (310) 470-8071
   facsimile: (310) 470-3986
8  Attorneys for Plaintiff JOEL LOPEZ-LOERA

9  THOMAS P. O'BRIEN
   United States Attorney
10 LEON W. WEIDMAN
   Assistant United States Attorney
11 Chief, Civil Division
   GWENDOLYN M. GAMBLE (CA Bar No. 143267)
12 Assistant United States Attorney
        Room 7516, Federal Building
13      300 North Los Angeles Street
        Los Angeles, California 90012
14      Email: gwen.gamble@usdoj.gov
        Telephone:  (213) 894-6684
15      Fax:        (213) 894-7819

16 Attorneys for Respondents

17
                    UNITED STATES DISTRICT COURT
18
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
19
                          WESTERN DIVISION
20

21
   JOEL LOPEZ-LOERA,              )   No. CV 02-4286 ABC (CW)
22                                )
        Petitioner,                )   **ORDER RE DISMISSAL WITHOUT**
23                                )
             v.                    )   **PREJUDICE**
24                                )
   THOMAS J. SCHILTGEN, et al.    )
25                                )
        Respondents,               )
26 _____)

27

28

1 IT IS HEREBY ORDERED that the above-captioned action be dismissed
2 without prejudice, each party to bear their own costs and fees.
3   DATED: August 6, 2008

                                    _____/S/_____
                                    AUDREY B. COLLINS
                                    UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED: August 6, 2008

_____/S/_____
CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

2